UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HEATHER S. FISCHER, | ) | CASE NO. 3:05 CV 0335 |
| | ) | |
| Plaintiff, | ) | JUDGE RICE |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | |
| NCR CORPORATION, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

The parties stipulate that the claims asserted in this matter have been settled and the within action shall hereby be dismissed, with prejudice, each party to pay their own attorneys fees and costs.

IT IS SO STIPULATED.

_____
Solomon Krevsky (pro hac vice)
Clark & Krevsky, LLC

IT IS SO ORDERED

_____
JUDGE

_____
Edward G. Kramer (0024873)
Kramer & Associates, L.P.A.
Attorneys for Plaintiff
Heather Fischer

_____
Ronald H. Isroff (0021930)
Rebecca B. Jacobs (0068467)
Ulmer & Berne LLP
Attorneys for Defendants
NCR Corporation and Phillip Kasper

**EXHIBIT A**

8